# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SYDNEY FRAMES                                                                               PLAINTIFF

v.                                          NO. 4:17CV00176 JLH

ABC FINANCIAL SERVICES, INC.                                                                DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 11th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE